HENRY SAUERBRUNN, JR., Respondent, *v.* HARTFORD LIFE INSURANCE COMPANY, Appellant.

(Submitted April 24, 1917; decided May 1, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 363.)